UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY D. RODRIGUEZ, | 1:11-cv-01472-GSA (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| MARGARET MIMS, et al., | (DOCUMENTS #2 & #7) |
| Defendants. | |

Plaintiff is a civil detainee proceeding with a civil rights action pursuant to 42 U.S.C. § 1983.

On September 26, 2011, Plaintiff filed an application to proceed in forma pauperis. Examination of these documents reveals that Plaintiff is unable to afford the costs of this action. Accordingly, the application to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

Dated:   October 6, 2011           /s/ Gary S. Austin
                                   UNITED STATES MAGISTRATE JUDGE